**Ernest W. Mammen, Plaintiff-Appellee, v. Ninora, Inc., Defendant-Appellant.**

Gen. No. 11,085. 

Second District, Second Division.

January 27, 1958.

Rehearing denied March 6, 1958.

Released for publication March 6, 1958.

Hersch-bach, Tracy & Gnadinger, Nelson, Boodell & Will, and Wayland B. Cedarquist (Wayne Johnson, of counsel) for appellant; Barr and Barr (Ralph C. Murphy, of counsel) for appellee. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.